FILED
CHARLOTTE, NC

AUG 2 3 2016

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC


### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF AT&T COMMUNICATION WIRELESS CELLULAR TELEPHONE ASSIGNED CALL NUMBER **615-997-9166**<br><br>**("Target Cellular Device")** | Case No. 3:16mj326<br><br>**ORDER SEALING SEARCH WARRANT, AFFIDAVIT AND APPLICATION** |

## ORDER TO SEAL

UPON MOTION of the United States of America, by and through Jill Rose, United States Attorney for the Western District of North Carolina, directing that the Search Warrant Affidavit and Application, and the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Search Warrant Affidavit and Application, the Motion to Seal and this Order, be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the **23rd** day of August 2016.

_____
HONORABLE DAVID KEESLER
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA